[No. 474-3.   Division Three.   June 19, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD SUTLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 16217, Walter A. Stauffacher, J., entered August 18, 1971. *Affirmed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 616-3.   Division Three.   June 19, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY JOSEPH ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 16398, Lloyd L. Wiehl, J., entered February 18, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1593-1.   Division One.   June 25, 1973.]

CHESTERFIELD DEVELOPMENT CORPORATION, *Respondent*, v. IVAN STARK CO., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 734743, Edward E. Henry, J., entered March 13, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 695-3.   Division Three.   June 25, 1973.]

KEITH A. BALTHAZOR et al., *Appellants*, v. LEWIS M. COOLEY et al., *Defendants*, RALPH F. FERGUSON et al., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 18206, Story Birdseye, J., entered July 28, 1972. *Affirmed* by unpublished per curiam opinion.